IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES EDWARD HALCOMB ) | |
| JERRI STARNES HALCOMB, ) | Case No. 03-52119 |
| ) | (Chapter 13) |
| Debtors. ) | |

*FILED AUG 07 2003 U.S. BANKRUPTCY COURT WINSTON-SALEM, NC HLR*

## MOTION FOR, AMONG OTHER THINGS, RELIEF FROM THE AUTOMATIC AND CO-DEBTOR STAYS

COMES NOW Geneal Motors Acceptance Corporation (herein "GMAC"), pursuant to 11 U.S.C. §§362(d) and 1301(c), and moves for relief from the automatic and co-debtor stays herein, or, in the alternative, applies to the Court for adequate protection of its interest in the below-described vehicle, as follows:

1. The Debtors commenced this case by petition filed on or about July 21, 2003.

2. On or about January 27, 2001, the Male Debtor and Rhea Kay Hicks (the "Co-Debtor") jointly purchased a 2001 Oldsmobile Alero GL, VIN #1G3NL52E11C136060 (herein the "Vehicle"), pursuant to the terms of an installment sales contract of even date (herein the "Contract"). A copy of the Contract is attached hereto marked Exhibit 1. The Contract was subsequently assigned to GMAC and GMAC is now the sole owner and holder of the Contract.

3. Under the terms of the Contract, GMAC has a senior security interest and first lien on the Vehicle which it duly perfected. A copy of the Certificate of Title evidencing same is attached hereto marked Exhibit 2.

4. The payments due under such Contract are in arrears for the following months in the following amounts:


| AMOUNT DUE | DUE DATE |
|---|---|
| $ 550.63 | May 1, 2003 |
| $ 532.46 | June 1, 2003 |
| $ 532.46 | July 1, 2003 |
| $1615.55 | TOTAL ARREARAGES |

5. The current net payoff balance due under the Contract is $17,796.56, together with interest accruing thereon at 8.9% per annum. At the same time, the current NADA retail and wholesale values of the Vehicle are no more than $9,650.00 and $7,825.00, respectively. See Exhibit 3. Thus there is no equity in the aforesaid Vehicle, the value of GMAC's claim secured by said Vehicle being in excess of the fair market value thereof.

6. GMAC repossessed the Vehicle prior to the filing date, and presently has actual possession of the Vehicle. GMAC seeks relief from the automatic stay in order to dispose of the Vehicle.

7. Under these circumstances, GMAC does not have adequate protection of its security interest in the Vehicle, and thus there is good cause to grant GMAC relief from the automatic and co-debtor stays under 11 U.S.C. §§362(d) and 1301(c).

8. If GMAC is not permitted to foreclose its security interest in the aforesaid Vehicle, it will suffer irreparable injury, loss and damages.

9. Due to the nature of the Vehicle as being easily moved, easily secreted and easily damaged, GMAC also hereby requests that any order granting the relief requested herein be immediately effective.

WHEREFORE, GMAC moves the Court for the following relief:

1. The Court enter an Order pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and Rule 4001(a)(3) immediately lifting the automatic and co-debtor stays to permit GMAC to foreclose its security interest in the Vehicle in accordance with its loan documents and applicable law, and to thereafter pursue the Co-Debtor for any amounts which may remain due under the Contract after sale of the Vehicle; and

2. GMAC be allowed a general unsecured claim in this case for any outstanding deficiency balance remaining after sale or subsequent disposition of the Vehicle; and

3. That in the alternative, GMAC be afforded adequate protection of its security interest in the Vehicle, including proof of continuing insurance coverage on the Vehicle naming GMAC as loss payee, and reimbursement of the $425 in reasonable attorneys' fees and costs incurred in connection with this Motion; and

4. That GMAC have such other and further relief as to the Court seems just and proper.

This the 6 day of August, 2003.

KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

By: s/ Pamela P. Keenan
Pamela P. Keenan
N.C. State Bar No.20328
Attorneys for Geneal Motors Acceptance Corporation
Post Office Box 19766
Raleigh, North Carolina 27619
Telephone: (919) 848-0420
Facsimile (919) 848-4216

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

> James E. and Jerri S. Halcomb
> 406 Welcome Bethesda Rd.
> Welcome, NC 27374
>
> Rhea Kay Hicks
> 234 Garlin Dr.
> Welcome, NC 27374
>
> Bill I. Long, Jr.
> PO Box 10247
> Greensboro, NC 27404
>
> Kathryn L. Bringle
> PO Box 2115
> Winston Salem, NC 27102

This the 6 day of August, 2003.

s/ Gwen T. Best
Gwen T. Best
Paralegal

-4-

| Buyer (and Co-Buyer)—Name and Address (Include County and Zip Code) | Creditor (Seller Name and Address) |
|---|---|
| JAMES EDWARD HALCOMB<br>RHEA KAY HICKS<br>PO BOX 1237 (WLCME BTHESDA RD)<br>WELCOME NC 27374 | FLOW CHEVROLET, LLC<br>100 S. STRATFORD RD.<br>WINSTON-SALEM NC 27103 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. By signing this contract, you agree to buy the vehicle on credit under the agreements on the front and back side of this contract. You agree to pay the Creditor the Amount Financed and Finance Charge according to the payment schedule shown below. The Finance Charge is figured on a daily basis at the Annual Percentage Rate on the unpaid balance of the Amount Financed.

Description of Vehicle. You agree to buy and the Creditor agrees to sell the following vehicle:

| New or Used | Year | Make and Model | Body Type | Vehicle Identification No. | Use for Which Purchased |
|---|---|---|---|---|---|
| N | 2001 | OLDSMOBILE ALERO GL | 4DR | 1G3NL52E11C136060 | ☒ personal ☐ agricultural ☐ business ☐ |

If truck- Describe body and major items of equipment sold:

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down-payment of $ N/A |
|---|---|---|---|---|
| 8.90 % | $ 3906.00 | $ 20323.44 | $ 24229.44 | $ 24229.44 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows: |
|---|---|---|---|
| 48 | 504.78 | Monthly beginning 02/01/02 | |

**Prepayment.** If you pay off all your debt early you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See the other side of this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

### ITEMIZATION OF AMOUNT FINANCED

Cash Price (including any accessories, services, and taxes) .......... $ 20267.44 (1)

Total Downpayment = Net Trade-In $ N/A + Cash Downpayment $ N/A
+ Other (Describe) ___ $ N/A
Your Trade-In is a _____ Year ___ Make ___ Model ___ $ N/A (2)

Unpaid Balance of Cash Price (1 minus 2) .......... $ 20267.44 (3)

Other Charges Including Amounts Paid to Others on Your Behalf (Seller may be keeping part of these amounts)

A Cost of Required Physical Damage Insurance Paid to the Insurance Company Named Below-Covering Damage to the Vehicle .......... $ N/A

B Cost of Optional Mechanical Repair Insurance Paid to the Insurance Company Named Below-Covering Certain Mechanical Repairs .......... $ N/A

C Cost of Optional Credit Insurance Paid to the Insurance Company or Companies Named Below.
Life $ N/A   Disability, Accident and Health $ N/A   $ N/A

D Official Fees Paid to Government Agencies (Itemize) .......... $ N/A
E Taxes Not Included in Cash Price (Itemize) .......... $ N/A
F Government License and/or Registration Fees (Itemize) .......... $ 56.00
G Government Certificate of Title Fees .......... $ N/A
H Other Charges (Seller must identify who will receive payment and describe purpose)
to _____ for _____ $ N/A
to _____ for _____ $ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf .......... $ 56.00 (4)
Amount Financed—Unpaid Balance (3 + 4) .......... $ 20323.44 (5)

**Insurance.** If any insurance is checked below, the policies or certificates issued by the Companies named will describe the terms and conditions.

Required Physical Damage Insurance. Physical damage insurance is required, but you may obtain it from anyone you want who is acceptable to the Creditor. The cost of this insurance is shown in 4A of the Itemization above.

Insurance Company _____ N/A _____ Term: _____ months
☐ $ N/A Deductible Collision and either:
☐ Full Comprehensive including Fire, Theft and Combined Additional Coverage
☐ $ N/A Deductible Comprehensive including Fire, Theft and Combined Additional Coverage
☐ Fire, Theft and Combined Additional Coverage
Optional, if desired – ☐ Towing and Labor costs ☐ Rental Reimbursement ☐ CB Radio Equipment

Optional Mechanical Repair Insurance. The cost of this insurance is shown in 4B of the Itemization above.
Insurance Company _____ N/A
Term: ☐ 36 months or 36,000 miles, whichever occurs first
Term: ☐ _____
☐ $25 Deductible ☐ $50 Deductible ☐ $ _____ Deductible

**Optional Credit Insurance.** Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign for them and agree to pay the additional cost. If you want this insurance, check the insurance desired and sign below. If you have chosen this insurance, the cost is shown in 4C of the Itemization above. Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

Check the insurance desired: ☐ Life (Buyer☐ Co-Buyer☐ Both☐)
☐ Disability, Accident and Health (Buyer Only)

N/A _____ (Name of Insurer) _____ (Home Office Address)

This policy will pay amounts due on this contract up to $ _____ N/A _____. Total Policy coverage for this and any other Retail Installment Sale Contract is limited to $ _____

APPROVAL: I DESIRE TO OBTAIN THE CREDIT INSURANCE CHECKED ABOVE FOR THE BUYER PROPOSED FOR INSURANCE.

Buyer Signature _____ Date _____ Co-Buyer Signature _____ Date _____

THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

See the other side of this contract for other important agreements, including your agreement to give the Creditor a security interest in insurance premiums and proceeds.

You signed this contract and received a copy on ___ 01 (Mo.) ___ 27 (Day) ___ 01 (Yr.)

Buyer Signs _James Edward Halcomb_   Co-Buyer Signs _Rhea K. Hicks_

Co-Buyers and Other Owners—A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The co-buyer or other owner knows that the Creditor has a security interest in the vehicle and consents to the security interest.

Other owner signs here _____ Address _____

Creditor Signs _FLOW CHEVROLET, LLC_ By _____ Title _____

If Seller obtained this vehicle from General Motors Corporation (GM) on Installment credit terms, Seller assigns its interest in this contract to GM under the terms of the GM Installment Sales Finance Plan - Terms of Substitution and Assignment agreement. Otherwise, Seller assigns its interest in this contract to General Motors Acceptance Corporation (GMAC) under the terms of the GMAC Retail Plan agreement.

| Assigned with recourse | | | Assigned without recourse or with limited recourse |
|---|---|---|---|
| Seller | By | Title | FLOW CHEVROLET, LLC<br>Seller _____ By _____ Title _____ |

09 FR NC 12/2000 (For use in the State of North Carolina)
Copyright 2000 General Motors Acceptance Corporation. All Rights Reserved.

SAA 7/30/3

## STATE OF NORTH CAROLINA

MVR 191 (Rev 10/99)

# CERTIFICATE OF TITLE

| TITLE NUMBER | GROSS WEIGHT | LICENSE FEE | TITLE ISSUE DATE | PREV TITLE |
|---|---|---|---|---|
| [7738860010473140 | | 40.00 | 02/22/2001 | |
| VEHICLE IDENTIFICATION NUMBER | | YEAR MODEL | MAKE | BODY STYLE |
| 1G3NL52E11C136060 | | 2001 | OLDS | 4S |

**MAILING ADDRESS**

GMAC
PO BOX 8132
COCKEYSVILLE   MD   21030-8132

02/28/2002
DRRHEA
PVA   PASS
ODOMETER -000023

OWNER(S) JAMES EDWARD HALCOMB
NAME AND RHEA KAY HICKS
ADDRESS WELCOME BETHESDA RD
WELCOME   NC   27374

THIRD LIENHOLDER:　　　　　　　　　DATE:

The Commissioner of Motor Vehic
of North Carolina hereby certifies th
tion for a certificate of title to the he
vehicle has been filed pursuant to th
tutes of North Carolina and the Di
Vehicles is satisfied that the applica
owner. Official records of the Divisio
icles reflect vehicle is subject to th
herein enumerated at the date of is
certificate.

As WITNESS, his hand and seal c
the day and year appearing in this ce
title issue date.

3RD RELEASED BY _____ DATE _____
SECOND LIENHOLDER:　　SIGNATURE OF AGENT　DATE:

COMMISSIONER OF MOTOR

2ND RELEASED BY _____ DATE _____
FIRST LIENHOLDER:　　SIGNATURE OF AGENT　DATE: 01/27/2001

GMAC
PO BOX 8132
COCKEYSVILLE   MD   21030-8132

1ST RELEASED BY _____ DATE _____
　　　　　　　　SIGNATURE OF AGENT

ADDITIONAL LIENS:

67453216
140　　T1C1404

TITLV 023-0631-35206
R 001. 000000263935 /00072 FILE
000001 PSHIP 1G3NL52E11C136060

**ANY ALTERATIONS OR ERASURES VOID TITLE**

## 136 OLDSMOBILE

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| **OLDSMOBILE** | | | | | | |
| **2002 ALERO-4 Cyl.** | | | | | **Mileage Class: II** | |
| Veh. Ident.: 1G3(Model)()()()2()000001 Up. | | | | | | |
| 8300 | Coupe 2D GX | NK1 | $17310 | 2973 | 7475 | 10200 |
| 8975 | Coupe 2D GL | NL1 | 19520 | 2997 | 8100 | 10900 |
| 8250 | Sedan 4D GX | NK5 | 17310 | 3026 | 7425 | 10150 |
| 8925 | Sedan 4D GL | NL5 | 19295 | 3046 | 8050 | 10850 |
| **2002 ALERO-V6** | | | | | **Mileage Class: II** | |
| Veh. Ident.: 1G3(Model)()()()2()000001 Up. | | | | | | |
| 9425 | Coupe 2D GL | NL1 | $20235 | | 8500 | 11450 |
| 11550 | Coupe 2D GLS | NF1 | 22240 | 3060 | 10400 | 13775 |
| 9375 | Sedan 4D GL | NL5 | 20010 | | 8450 | 11400 |
| 11500 | Sedan 4D GLS | NF5 | 22015 | 3108 | 10350 | 13725 |
| **ALERO OPTIONS** | | | | | | |
| 250 | Add Aluminum/Alloy Wheels | | | | 250 | 300 |
| 175 | Add Power Seat (Std. GLS) | | | | 175 | 200 |
| 400 | Add Bose Stereo System | | | | 400 | 450 |
| 600 | Add Power Sunroof | | | | 600 | 675 |
| 100 | Add Theft Recovery System | | | | 100 | 125 |
| 525 | Deduct W/out Automatic Trans. | | | | 525 | 525 |
| **2002 INTRIGUE-V6** | | | | | **Mileage Class: II** | |
| Veh. Ident.: 1G3GR6()()()()2F000001 Up. | | | | | | |
| 10550 | Sedan 4D GL | WH5 | $22667 | 3434 | 9500 | 12700 |
| 12225 | Sedan 4D GLS | WS5 | 24252 | | 11025 | 14575 |
| 14325 | Sedan 4D GLS | WX5 | 27742 | | 12900 | 16775 |
| **2002 AURORA-V6** | | | | | **Mileage Class: IV** | |
| Veh. Ident.: 1G3GR6()()()()24000001 Up. | | | | | | |
| 16600 | Sedan 4D 3.5L | GR6 | $30805 | 3686 | 14950 | 19550 |
| **2002 AURORA-V8** | | | | | **Mileage Class: IV** | |
| Veh. Ident.: 1G3GS6()()()()24000001 Up. | | | | | | |
| 20150 | Sedan 4D 4.0L | GS6 | $34980 | 3803 | 18150 | 23475 |
| **AURORA OPTIONS** | | | | | | |
| 350 | Add Aluminum/Alloy Wheels | | | | 350 | 400 |
| 350 | Add Bose Stereo System | | | | 350 | 400 |
| 700 | Add Power Sunroof | | | | 700 | 800 |
| 100 | Add Theft Recovery System | | | | 100 | 125 |
| **OLDSMOBILE** | | | | | | |
| **2001 ALERO-4 Cyl.** | | | | | **Mileage Class: II** | |
| Veh. Ident.: ()G3(Model)()()()1()000001 Up. | | | | | | |
| 7275 | Coupe 2D GX | NK1 | $17210 | 2973 | 6550 | 9075 |
| 7875 | Coupe 2D GL | NL1 | 18620 | 2997 | 7100 | 9725 |
| 7225 | Sedan 4D GX | NK5 | 17210 | 3026 | 6525 | 9025 |
| 7825 | Sedan 4D GL | NL5 | 18620 | 3046 | 7050 | 9650 |
| **2001 ALERO-V6** | | | | | **Mileage Class: II** | |
| Veh. Ident.: ()G3(Model)()()()1()000001 Up. | | | | | | |
| 8275 | Coupe 2D GL | NL1 | $19275 | | 7450 | 10175 |
| 10050 | Coupe 2D GLS | NF1 | 22190 | 3060 | 9050 | 12175 |
| 8225 | Sedan 4D GL | NL5 | 19275 | | 7425 | 10100 |

## OLDSMOBILE 137

| Trade-In | BODY TYPE | Model No. | M.S.R.P. | Weight | Loan | Retail |
|---|---|---|---|---|---|---|
| 10000 | Sedan 4D GLS | NF5 | 21965 | 3108 | 9000 | 12075 |
| **ALERO OPTIONS** | | | | | | |
| 225 | Add Aluminum/Alloy Wheels | | | | 225 | 250 |
| 350 | Add Leather Seats (Std. GLS) | | | | 350 | 400 |
| 150 | Add Power Seat (Std. GLS) | | | | 150 | 175 |
| 550 | Add Power Sunroof | | | | 550 | 625 |
| 75 | Add Theft Recovery System | | | | 75 | 100 |
| 475 | Deduct W/out Automatic Trans. | | | | 475 | 475 |
| **2001 INTRIGUE-V6** | | | | | **Mileage Class: II** | |
| Veh. Ident.: ()G3(Model)()()()1()000001 Up. | | | | | | |
| 8775 | Sedan 4D GX | WH5 | $22395 | 3455 | 7900 | 10700 |
| 10025 | Sedan 4D GL | WS5 | 24150 | | 9025 | 12150 |
| 11475 | Sedan 4D GLS | WX5 | 26515 | | 10350 | 13700 |
| 225 | Add Aluminum/Alloy Wheels | | | | 225 | 250 |
| 225 | Add Bose Stereo System | | | | 225 | 250 |
| 100 | Add Compact Disc Player (Std. GL, GLS) | | | | 100 | 125 |
| 350 | Add Leather Seats (Std. GLS) | | | | 350 | 400 |
| 150 | Add Power Seat (Std. GL, GLS) | | | | 150 | 175 |
| 550 | Add Power Sunroof | | | | 550 | 625 |
| 75 | Add Theft Recovery System | | | | 75 | 100 |
| **2001 AURORA-V6** | | | | | **Mileage Class: IV** | |
| Veh. Ident.: ()G3GR6()()()()1()000001 Up. | | | | | | |
| 14025 | Sedan 4D 3.5L | GR6 | $30469 | 3686 | 12625 | 16775 |
| **2001 AURORA-V8** | | | | | **Mileage Class: IV** | |
| Veh. Ident.: ()G3GS6()()()()1()000001 Up. | | | | | | |
| 16925 | Sedan 4D 4.0L | GS6 | $34644 | 3803 | 15250 | 19875 |
| **AURORA OPTIONS** | | | | | | |
| 300 | Add Aluminum/Alloy Wheels | | | | 300 | 350 |
| 300 | Add Bose Stereo System | | | | 300 | 350 |
| 650 | Add Power Sunroof | | | | 650 | 725 |
| 75 | Add Theft Recovery System | | | | 75 | 100 |
| **OLDSMOBILE** | | | | | | |
| **2000 ALERO-4 Cyl.** | | | | | **Mileage Class: II** | |
| Veh. Ident.: ()G3(Model)()()()Y()000001 Up. | | | | | | |
| 6400 | Coupe 2D GX | NK1 | $15675 | 2958 | 5775 | 8125 |
| 6925 | Coupe 2D GL | NL1 | 17650 | | 6250 | 8700 |
| 6350 | Sedan 4D GX | NK5 | 15675 | 3022 | 5725 | 8075 |
| 6875 | Sedan 4D GL | NL5 | 17650 | | 6200 | 8650 |
| **2000 ALERO-V6** | | | | | **Mileage Class: II** | |
| Veh. Ident.: ()G3(Model)()()()Y()000001 Up. | | | | | | |
| 7275 | Coupe 2D GL | NL1 | $18875 | | 6550 | 9075 |
| 8625 | Coupe 2D GLS | NF1 | 21365 | | 7775 | 10550 |
| 7225 | Sedan 4D GL | NL5 | 18875 | | 6525 | 9025 |
| 8575 | Sedan 4D GLS | NF5 | 21365 | | 7725 | 10475 |
| **ALERO OPTIONS** | | | | | | |
| 175 | Add Aluminum/Alloy Wheels | | | | 175 | 200 |
| 75 | Add Compact Disc Player (Std. GLS) | | | | 75 | 100 |
| 300 | Add Leather Seats (Std. GLS) | | | | 300 | 350 |
| 125 | Add Power Seat (Std. GLS) | | | | 125 | 150 |
| 500 | Add Power Sunroof | | | | 500 | 575 |
| 50 | Add Theft Recovery System | | | | 50 | 75 |
| 425 | Deduct W/out Automatic Trans. | | | | 425 | 425 |
| 125 | Deduct W/out Cruise Control | | | | 125 | 125 |

Case 03-52119    Doc 10    Filed 08/07/03    Page 7 of 7