```
                    UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF NORTH CAROLINA
```

IN RE:
JAMES EDWARD HALCOMB                          CASE NO. 03-52119
JERRI STARNES HALCOMB                         JUDGE Catharine R. Carruthers
P O BOX 1237
WELCOME NC
                                              DATE: 04/07/04

              Debtor(s)
SSN(1)XXX-XX-4693 SSN(2)XXX-XX-6936

---

                    REPORT OF FILED CLAIMS

---

    Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim
filed in this case and objected to the allowance of such claims as appeared to
be improper except where no purpose would have been served by such objection.
After such examination and objections, if any, the trustee states that claims
should be deemed allowed or "not filed" as indicated below.

---

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICREDIT<br>ATTN: AMERICREDIT DEPARTMENT<br>PO BOX 183853<br>ARLINGTON TX  76096-0000 | .00<br>INT: .00%<br>135717<br>0017 | NOTICES ONLY<br>NOT FILED<br>ACCT:XXXXXXX3713<br>COMM:ATY:AMERICREDIT |
| AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX  76096-0000 | .00<br>INT: .00%<br>287199<br>0018 | Secured<br>DIRECT<br>ACCT:XXXXXXXXXXX3713<br>COMM:95 GEO TRACKER |
| ARROW FINANCIAL SERVICES LLC<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN PA  19355-0701 | 526.78<br>INT: .00%<br>076974<br>0019 | Unsecured<br><br>ACCT:XXXXXXXXXXX4248<br>COMM: |
| BILLY E AND MARY S HILL<br>169 NC HWY 150<br>LEXINGTON NC  27295-0000 | 392.52<br>INT: .00%<br>341799<br>0001 | CONTINUING DEBT<br><br>ACCT:<br>COMM:D/T |
| BILLY E AND MARY S HILL<br>169 NC HWY 150<br>LEXINGTON NC  27295-0000 | 3,140.16<br>INT: .00%<br>341799<br>0014 | Continuing Arrearage-Secured<br><br>ACCT:<br>COMM:ARREARAGE |
| CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND VA  23285-0000 | 2,969.83<br>INT: .00%<br>085707<br>0020 | Unsecured<br><br>ACCT:XXXXXXXXXXX3022<br>COMM: |
| CAPITAL ONE SERVICES<br>PO BOX 85147<br>RICHMOND VA  23285-5147 | .00<br>INT: .00%<br>065024<br>0008 | Unsecured<br>NOT FILED<br>ACCT:XXX7808<br>COMM: |

```
AME AND ADDRESS OF CREDITOR            AMOUNT     CLASSIFICATION
------------------------------------------------------------------------
ITIFINANCIAL                         9,219.58     Unsecured
  O BOX 516                       INT:   .00%
EXINGTON NC                           227233      ACCT:XX5535
                         27293-0000    0009       COMM:
------------------------------------------------------------------------
REDIT BUREAU COLL CNTR                    .00     Unsecured
  O DRAWER A                      INT:   .00%     NOT FILED
REENSBORO NC                          056918      ACCT:
                         27402-0000    0010       COMM:
------------------------------------------------------------------------
AVIDSON COUNTY TAX COLLECTOR           676.80     Secured
  O BOX 1577                      INT:  9.00%
EXINGTON NC                           017654      ACCT:
                         27293-1577    0007       COMM:02/03 RP-AM3/04
------------------------------------------------------------------------
AVIDSON COUNTY TAX COLLECTOR              .00     Secured
  O BOX 1577                      INT:   .00%     AMENDED
EXINGTON NC                           017654      ACCT:XXX1236
                         27293-1577    0022       COMM:WITHDRAWN 3/04
------------------------------------------------------------------------
AVIDSON COUNTY TAX COLLECTOR           243.46     Priority
  O BOX 1577                      INT:   .00%
EXINGTON NC                           017654      ACCT:
                         27293-1577    0023       COMM:02/03VEH-AM3/04
------------------------------------------------------------------------
AVIS & BREWER ATTORNEYS                   .00     NOTICES ONLY
  O BOX 786                       INT:   .00%     NOT FILED
LEMMONS   NC                          052411      ACCT:XXXXXXXXXXXXXXXMARY
                         27012-0000    0015       COMM:NOTICES ONLY
------------------------------------------------------------------------
ENERAL MOTORS ACCEPTANCE CORP       11,680.00     Vehicles-Secured
  O BOX 5055                      INT:  8.90%
ROY MI                                072567      ACCT:XXXXXXXXXX5172
                         48007-5055    0002       COMM:01 OLDS/BAL UNS
------------------------------------------------------------------------
ENERAL MOTORS ACCEPTANCE CORP       17,796.56     Unsecured
  O BOX 5055                      INT:   .00%
ROY MI                                072567      ACCT:XXXXXXXXXX5206
                         48007-5055    0003       COMM:01 OLDS-O-9/03
------------------------------------------------------------------------
ENERAL MOTORS ACCEPTANCE CORP        6,213.23     Unsecured
  O BOX 5055                      INT:   .00%
ROY MI                                072567      ACCT:XXXXXXXXXX5172
                         48007-5055    2002       COMM:Split Claim
------------------------------------------------------------------------
NTERNAL REVENUE SERVICE                   .00     Priority
PECIAL PROCEDURES SECTION         INT:   .00%     NOT FILED
20 FEDERAL PLACE                      010107      ACCT:
REENSBORO NC             27401-0000    0005       COMM:
------------------------------------------------------------------------
ARY HILL                                  .00     Unsecured
169 N NC HIGHWAY 150              INT:   .00%     NOT FILED
EXINGTON NC                           132321      ACCT:
                         27295-0000    0021       COMM:POC SENT 2/04
------------------------------------------------------------------------
```

```
NAME AND ADDRESS OF CREDITOR                AMOUNT     CLASSIFICATION
--------------------------------------------------------------------------------
NORTH CAROLINA DEPT OF REVENUE                 .00     Priority
OFFICE SERVICES DIVISION               INT:   .00%     NOT FILED
PO BOX 1168                                 041941     ACCT:
RALEIGH NC                     27602-1168     0006     COMM:
--------------------------------------------------------------------------------
NOVANT HEALTH                              2,317.01    Unsecured
PO BOX 11549                           INT:   .00%
WINSTON-SALEM NC                            137434     ACCT:XXXXXXXXXXXXXX873,
                               27116-0000     0011     COMM:
--------------------------------------------------------------------------------
PAMELA P KEENAN                                .00     NOTICES ONLY
KIRSCHBAUM NANNEY KEENAN ET AL         INT:   .00%     NOT FILED
PO BOX 19766                                514251     ACCT:XXXXGMAC
RALEIGH NC                     27619-9766     0013     COMM:NOTICES ONLY
--------------------------------------------------------------------------------
PIEDMONT PSYCH ASSOCIATION                     .00     Unsecured
 INTERSTATE COLL.                      INT:   .00%     NOT FILED
PO BOX 3136                                 103295     ACCT:XXX9243
WINSTON-SALEM NC               27103-0000     0012     COMM:
--------------------------------------------------------------------------------
REGISTER OF DEEDS                            14.00     Special Cost Items
DAVIDSON COUNTY                        INT:   .00%
PO BOX 464                                  010393     ACCT:XXXXXXXXXXXXXXOSTS
LEXINGTON NC                   27293-0464     0024     COMM:NO CLAIM
--------------------------------------------------------------------------------
REGISTER OF DEEDS                             2.00     Special Cost Items
WYOMING COUNTY COURTHOUSE              INT:   .00%
PO BOX 309                                  059152     ACCT:XXXXXXXXXXXXXXOSTS
PINEVILLE WV                   24874-0309     0025     COMM:NO CLAIM
--------------------------------------------------------------------------------
WFS FINANCIAL INC                          6,975.00    Vehicles-Secured
BANKRUPTCY DEPT                        INT: 10.99%
PO BOX 19657                                028654     ACCT:XXXXXX3269
IRVINE CA                      92623-9657     0004     COMM:98GMC-AMD 3/04
--------------------------------------------------------------------------------
WFS FINANCIAL INC                          4,601.87    Unsecured
BANKRUPTCY DEPT                        INT:   .00%
PO BOX 19657                                028654     ACCT:XXXXXX3269
IRVINE CA                      92623-9657     2004     COMM:AMD 3/04
--------------------------------------------------------------------------------
WORLDWIDE ASSET PURCHASING LLC             2,273.32    Unsecured
ASSIGNEE TO BNK OF AMER NA USA         INT:   .00%
PO BOX 672047                               049197     ACCT:XXXXXXXXXXX7494
MARIETTA GA                    30006-0000     0016     COMM:
--------------------------------------------------------------------------------
TOTAL                                     69,042.12
--------------------------------------------------------------------------------
BILL I LONG JR                             1,300.00    ATTORNEY
PO BOX 10247
GREENSBORO NC
                               27404-0000
--------------------------------------------------------------------------------
```

*Handwritten annotation across TOTAL row:* Includes one monthly payment on mortgage debt(s) But does not include future mortgage payments or interest.

```
                                        KATHRYN BRINGLE
                                        P O BOX 2115
                                        WINSTON-SALEM NC
                                                           27102-2115
```

## NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

```
        Clerk, US Bankruptcy Court
        226 South Liberty Street
        Winston-Salem, NC  27101
```

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: *April 7, 2004*

OFFICE OF THE CHAPTER 13 TRUSTEE
By: *V. Sparks*
Clerk
Chapter 13 Office
PO Box 2115
Winston-Salem, NC  27102-2115

cc: Debtor(s)
    Attorney for Debtor(s)