**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
OFFICE OF THE CLERK-DIVISIONAL OFFICE
226 SOUTH LIBERTY STREET
WINSTON-SALEM, NORTH CAROLINA 27101

Brenda Robert
Deputy-in-Charge

Telephone:(336) 631-5340

TO: **Citifinancial**
**823 S Main Street**
**Lexington, NC 27292-3150**

**03-52119**
**J. Halcomb**

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that the attached evidence of transfer of claim(s) has been filed in this Clerks Office. If you have any objection to the transfer, it must be filed on or before twenty days from the date of this notice with the Clerk, U.S. Bankruptcy Court at the above address. If an objection is timely filed, the Clerks Office will schedule and notice the objection for hearing. If you do not file an objection, the transferee will be substituted in your place as the original claimant **without** an order of the Court.

OFFICE OF THE CLERK

DATED: **January 23, 2006**     BY: **M. Glenn**
                                     DEPUTY CLERK

attachment: Evidence of Transferred Claim(s)

cc: Trustee (Chapter 13 cases only)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

In Re: **James Halcomb**

[FILED JAN 23 2006]

Case No: **03-52119**
Trustee's Claim #: **9**
Amount: **$9,219.58**

## UNCONDITIONAL TRANSFER OF CLAIM
## AFTER PROOF OF CLAIM FILED
## FROM CITIFINANCIAL TO
## NCSCorp

I, the undersigned, agent for the transferee, under penalty of perjury, declare that the following statements and information are true and correct:

1. A proof of claim was originally filed in the above-entitled case on behalf of the creditor, **CITIFINANCIAL.**
2. I am the lawful agent of the transferee and am duly authorized to execute this document on behalf of the Transferee.
3. For valuable consideration, the Transferor does hereby assign, transfer and set over, the claim to **NCSCorp 1340 12th AVENUE P.O. BOX 1787 LONGVIEW, WA 98632.**
4. The Transferee hereby requests that any check and/or information respecting this claim be served on the Transferee at the above address.
5. The Transferor specifically waives any right to further notice of any matter in connection with this claim.
6. The Transferee understands that pursuant to U.S.C. Section 152 the Transferee shall be fined not more than $5,000 or imprisoned not more than five years, or both, of the Transferee knowingly made any false statements in this document.

Dated this **6th** day of **January**, 2006.

NCSCorp

*Kimberly L. Burchett*
**Kimberly L. Burchett**
**Bankruptcy Supervisor**

## Certificate of Service

      I do hereby certify that a true and correct copy of the foregoing has been served on all parties listed below by depositing same into United States Mail, First Class Postage pre-paid, this 6th day of January, 2006.

**Debtors:**
**James Edward Halcomb**
PO Box 1237
Welcome, NC 27374

**Debtor's Attorney:**
**Bill I. Long, Jr.**
Suite 406
604 Green Valley Rd.
P. O. Box 10247
Greensboro, NC 27404-0247

**Trustee:**
**Kathryn L. Bringle**
2000 West First St., Suite 300
P. O. Box 2115
Winston-Salem, NC 27102-2115

**Transferor:**
Citifinancial
823 S. Main Street
Lexington, NC 27292-3150

**Bankruptcy Court:**
Middle District of North Carolina
Winston-Salem Division
226 S. Liberty Street
Winston-Salem, NC 27101

Kimberly D. Burchett
Bankruptcy Supervisor