# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Order** |
| | ) | **Chapter 13** |
| James Edward Halcomb | ) | |
| Jerri Starnes Halcomb | ) | No: B-03-52119 C-13W |
| | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

By previous order of this Court, collateral was released to the creditor listed below:

   CREDITOR:  General Motors Acceptance Corporation

The creditor was allowed a period until September 5, 2006 to liquidate the collateral and file a deficiency claim. After this deadline expired, the creditor filed a deficiency claim for $11,622.36 on November 15, 2006.

The Trustee recommends that the creditor's untimely deficiency claim be disallowed.

Date: November 29, 2006                                         s/ Kathryn L. Bringle
KLB: JMc                                                         Kathryn L. Bringle, Standing Trustee

---

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted effective on the first day after the expiration of forty (40) days after the date of this Order; however, if within forty (40) days after the date of this Order written objections are filed with this Court and copies served upon the parties named on the attached Parties to be Served list, the effective date of this Order will be pursuant to further Order of the Court after the hearing on objections; and, it is further

ORDERED that if objections by a party in interest to the granting of the above relief are filed within the forty (40) day period, a hearing will be held on the objections on the 24th day of January 2007, at 9:30 a.m., in the Courtroom on the first floor, 226 South Liberty Street, Winston-Salem, NC 27101 and it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties in interest.

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
03-52119 C-13W

JAMES EDWARD HALCOMB
JERRI STARNES HALCOMB
406 WELCOME BETHESDA RD
LEXINGTON NC 27374

BILL I LONG JR
PO BOX 10247
GREENSBORO NC 27404

GENERAL MOTORS ACCEPTANCE CORPORATION
PO BOX 130424
ROSEVILLE MN 55113

PAMELA P KEENAN
COUNSEL FOR GMAC
KIRSCHBAUM NANNEY KEENAN ET AL
PO BOX 19766
RALEIGH NC 27619-9766

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC 27102-2115