C-13-15a(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
)
JAMES EDWARD HALCOMB )
JERRI STARNES HALCOMB )
)
) No. B-03-52119 C-13W
)
Debtors )

## ORDER

This matter coming before the Court upon the Motion of Kathryn L. Bringle, Trustee for the above-referenced Debtors, to allow the secured claim of the Davidson County Tax Department for $1,793.65 representing 2004, 2005, 2006 and 2007 real property taxes and there being no filed objections to the Motion within the time period set forth in the Notice issued on April 8, 2008 by the Clerk of Court setting May 8, 2008 as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

**ORDERED** that the secured claim of the Davidson County Tax Department for $1,793.65 is allowed and will be paid by the Trustee as rapidly as funds become available with 9% annual interest.

PARTIES TO BE SERVED
PAGE 1 OF 1
03-52119   C-13W

JAMES EDWARD HALCOMB
JERRI STARNES HALCOMB
406 WELCOME BETHESDA RD
LEXINGTON NC 27295

BILL I LONG JR
P O BOX 10247
GREENSBORO NC 27404

DAVIDSON COUNTY TAX COLLECTOR
P O BOX 1577
LEXINGTON NC 27293-1577

BILLY AND MARY HILL
7169 NORTH HWY 150
LEXINGTON NC 27295

DAVIS & BREWER ATTORNEYS
P O BOX 786
CLEMMONS  NC 27012

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
P. O. BOX 2115
WINSTON-SALEM, NC  27102-2115