```
                     UNITED STATES BANKRUPTCY COURT
                     MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   JAMES EDWARD HALCOMB                      CASE NO. 03-52119
   JERRI STARNES HALCOMB                     JUDGE Catharine R. Carruthers
   406 WELCOME BETHESDA RD
   LEXINGTON NC
                          27295              DATE: 07/02/08

         Debtor(s)
   SSN(1)XXX-XX-4693 SSN(2)XXX-XX-6226
--------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT
                           AND ACCOUNT
--------------------------------------------------------------------------

       KATHRYN BRINGLE          , Trustee for the above case, submits the following
final  report  and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

    1.  The case was filed on Jul 21, 2003 and confirmed on Mar  8, 2004.
The case was subsequently Completed on Jun 30, 2008.

    2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$   55,475.92 .

    3. The Trustee made disbursements to creditors as follows:
--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMT     PRIN PD     INT PD     BAL DUE
--------------------------------------------------------------------------
AMERICREDIT                NOT FILED         .00         .00        .00         .00
     ATY:AMERICREDIT
AMERICREDIT                DIRECT            .00         .00        .00         .00
     95 GEO TRACKER
ARROW FINANCIAL SERVICES LL Unsecured     526.78      105.36        .00      421.42

BILLY AND MARY HILL        Continuin   20411.04    20411.04        .00         .00
     D/T
BILLY AND MARY HILL        Arrearage    3140.16     3140.16        .00         .00
     ARREARAGE
CAPITAL ONE BANK           Unsecured    2969.83      593.97        .00     2375.86

CAPITAL ONE SERVICES       NOT FILED         .00         .00        .00         .00

CREDIT BUREAU COLL CNTR    NOT FILED         .00         .00        .00         .00

DAVIDSON COUNTY TAX COLLECT Secured      676.80      676.80      78.13         .00
     02/03 RP-AM3/04
DAVIDSON COUNTY TAX COLLECT AMENDED         .00         .00        .00         .00
     WITHDRAWN 3/04
DAVIDSON COUNTY TAX COLLECT Tax-Prior    243.46      243.46        .00         .00
     02/03VEH-AM3/04
DAVIDSON COUNTY TAX COLLECT Post Peti   1786.98     1786.98      53.81         .00
     04-07RP-O-5/ AMD6/08

                     PAGE  1 - CONTINUED ON NEXT PAGE
```

CHAPTER 13 CASE NO. 03-52119

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| DAVIS & BREWER ATTORNEYS | NOT FILED | .00 | .00 | .00 | .00 |
|     NOTICES ONLY | | | | | |
| GENERAL MOTORS ACCEPTANCE C | Vehicles- | 5237.10 | 5237.10 | 2232.23 | .00 |
|     01OLDS-O-5/06 | | | | | |
| GENERAL MOTORS ACCEPTANCE C | Unsecured | 17796.56 | 3559.31 | .00 | 14237.25 |
|     01 OLDS-O-9/03 | | | | | |
| GENERAL MOTORS ACCEPTANCE C | AMENDED | .00 | .00 | .00 | .00 |
|     DISAL-O-1/07 | | | | | |
| GENERAL MOTORS ACCEPTANCE C | Unsecured | 6213.23 | 1242.65 | .00 | 4970.58 |
|     Split Claim | | | | | |
| INTERNAL REVENUE SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| MARY HILL | NOT FILED | .00 | .00 | .00 | .00 |
|     POC SENT 2/04 | | | | | |
| NCSCORP | Unsecured | 9219.58 | 1843.92 | .00 | 7375.66 |
| NORTH CAROLINA DEPT OF REVE | NOT FILED | .00 | .00 | .00 | .00 |
| NOVANT HEALTH | Unsecured | 2317.01 | 463.40 | .00 | 1853.61 |
| PAMELA P KEENAN | NOT FILED | .00 | .00 | .00 | .00 |
|     NOTICES ONLY | | | | | |
| PIEDMONT PSYCH ASSOCIATION | NOT FILED | .00 | .00 | .00 | .00 |
| REGISTER OF DEEDS | Register | 28.00 | 28.00 | .00 | .00 |
|     NO CLAIM | | | | | |
| REGISTER OF DEEDS | Register | 4.00 | 4.00 | .00 | .00 |
|     NO CLAIM | | | | | |
| WFS FINANCIAL INC | Vehicles- | 6975.00 | 6975.00 | 1508.19 | .00 |
|     98GMC-AMD 3/04 | | | | | |
| WFS FINANCIAL INC | Unsecured | 4601.87 | 920.37 | .00 | 3681.50 |
|     AMD 3/04 | | | | | |
| WORLDWIDE ASSET PURCHASING | Unsecured | 2273.32 | 454.66 | .00 | 1818.66 |

    4. Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---:|---:|---:|---:|---:|
| CLAIM AMOUNT | 38227.08 | 275.46 | 45918.18 | .00 | 84420.72 |
| PRINCIPAL PAID | 38227.08 | 275.46 | 9183.64 | .00 | 47686.18 |
| INTEREST PAID | 3872.36 | .00 | .00 | .00 | 3872.36 |

PAGE 2 - CONTINUED ON NEXT PAGE

    5. Costs of administration:
The clerk was paid $       .00   for the filing fee.
The debtor's attorney was allowed $    1,300.00 and was paid $    1,300.00 .
The Trustee was paid $     20.50   for the cost of mailing notices in the case.
The Trustee was paid $  1197.77   for expenses and $   1197.77   for compensation pursuant to 11 USC 1302.
Refunds to the debtor total $      201.34 .

    6. Total Receipts Less Distributions:
```
        Total Paid In =                      55,475.92
        Total Trustee Comp =                  2,395.54
        Trustee Atty Fees=                         .00
        Debtor Atty Fees =                    1,300.00
        Other Professional Fees =                  .00
        Secured Payments =                   42,099.44
        Priority Payments =                     243.46
        Unsecured Payments =                  9,183.64
        Debtor Payments =                       201.34
        Other Payments =                         52.50
        Balance =                                  .00
```

    Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.


                                                   /s/ Kathryn L. Bringle
xc JAMES EDWARD HALCOMB and JERRI STARNES HALCOMB  _____
   U S BANKRUPTCY ADMIN                            KATHRYN BRINGLE
   BILL I LONG JR
   P O BOX 10247
   GREENSBORO NC
                         27404-0000