Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston–Salem, NC 27101

Bankruptcy Case No.: 03–52119

IN THE MATTER OF:
James Edward Halcomb    xxx–xx–4693
Jerri Starnes Halcomb    xxx–xx–6226
406 Welcome Bethesda Road
Lexington, NC 27295

    Debtor(s)

## FINAL DECREE

**IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

**ORDERED** that Kathryn L. Bringle , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

**ORDERED** that the above–named case be, and hereby is, closed.

Dated: 8/22/08

    *Catharine R. Carruthers* (signature)
Catharine R. Carruthers
United States Bankruptcy Judge